UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ERIC DEMOND LOZANO,              §
TDCJ #1915276                    §
     Plaintiff,                 §
                                 §
v.                               §          CIVIL ACTION No. 3:18-CV-00237
                                 §
BRYAN COLLIER, ET AL.,           §
     Defendants.                §

---

**DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

---

# Exhibit D

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **Brazoria** §

BEFORE ME, the undersigned authority, on this day personally appeared Diane Sifuentes, who, being by me duly sworn, deposed as follows:

My name is Diane Sifuentes and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Classification Department, a part of the TDCJ located in Rosharon, Texas. Attached are true and correct copies of *UCC Classification Committee History Form, housing assignment and Health summary for classification*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**Diane Sifuentes**
Chief of Unit Classification
Classification/Stringfellow Unit/
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the ___7ᵗʰ___ day of ___6___ Month ___2019___ Year.

NOTARY PUBLIC, STATE OF TEXAS

Notary's Printed Name
Brandi Banks

My Commission Expires:
2/14/2021

```
                                                                 PAGE    1 OF    1
CSIUCR01/UC01      XXX UNIT CLASSIFICATION REVIEW DATE OF REVIEW: 06 05 19
INMTCICS/SD00003   CUSTODY ASSIGNMENT WORKSHEET   CST/REVIEW CDE: G2 /    /
2093/UC01                                SUBSEQ REVIEW DTE/CDE:             /
INMATE NAME: LOZANO,ERIC D       RACE/SEX: B/M  HSG AT REVIEW: R2 A 6     005 G2
TDCNO: 01915276  STAT: S3 W                      1 X-CRP
***********************************************************************************
*IN1T CLASSIFICATION* DISCP HISTORY:3MTH/6MTH/1YR/2YR/3YD* ADDT'L INFORMATION *
***********************************************************************************
*VIOLENT CRIME      * LVL 1 OR 2 . . 00   00  00  02  04 *DETAINER. . . . . N *
* AGAINST PERSON  Y * STAFF ASLTS . 00   00  00  00  00 *HOMOSEXUAL. . . . N *
********************* INMATE ASLTS. 00   00  00  00  00 *SEX ASLT VICTIM . N *
*PREV 2-YR ASLT HIST* ASLTS W/WP-SM 00   00  00  00  00 *POTENTIAL VICTIM. N *
********************* INCIDENTS: MA 00   00  00  00  01 *MED/PSY/INT PROBS   *
*         STAFF/INM*            MM 00   00  00  00  00 *PAROLE CALC CODE. F *
* TDC . . . . N   N *            MI 00   00  00  02  03 *RISK               *
* JAIL. . . . N   N * ESCAPE. . . . 00   00  00  00  00 *PREC:              *
* HOSPITAL. . N   N * LVL 3. . . . . 00   00  00  01  01 *TTL 00000  00/00/00 *
* JUVENILE. . N   N *                                   *P/V Y      04/06/12 *
* OTH PRISONS N   N * ASLT HIST (MAJORS ONLY): 1-YR: N  *                    *
*                  *                          2-YR: N  *                    *
RECOMMENDATIONS: GP LEVEL 2                   / DORM
```

Lozano - 000045

```
                                                              PAGE:  1 OF  2
CSIUCR15/UC15       TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 06/05/19
INMTCICS/SD00003    HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 16:35:34
2093/UC15  INMATE NAME: LOZANO,ERIC D                 TDCNO: 01915276
```

```
HOUSING      |--HOUSING--| INM/HSG    JOB ASGN |---------JOB---------|
  DATE   UNIT |--ASGNMNT--|  CUST AUTH  DATE  |------ASSIGNMENT------| AUTH
  |----------HOUSING COMMENT----------| |------------JOB COMMENT-----------|

11/19/18  R2  A 6     005 B G2  G2 DSV 10/22/18 JANITOR A6 3RD        KD
05/29/18  R2  A 6     005   G2  G2 PG  KD    VS
PG.DR                                  10/16/18 KITCHEN HELPER 3RD     MS
03/15/18  R2  C14-1  17 T G2  GA DSD  MS.DR
03/08/18  R2  C14-1  12 B G2  GA DSD 10/11/18 KITCHEN (TEMP) 72 HR    DSV
DSD.DR                                 HS18
02/27/18  R2  C13-1TR 12 B G2  TR KD  09/28/18 UNASGN MEDICAL          DSV
02/24/18  R2  A 7     019   G2  G2 UCC HS18 RESTR     VS
UCC.DR                                 07/18/18 KITCHEN HELPER 3RD     SM
02/24/18  BA  UNASGN         G2  GB   SM SD
09/21/17  BA  J      006 T G2  GB UCC 07/11/18 KITCHEN (TEMP) 72 HR    KD
08/30/17  P1  B 7     040   G2  G2 BT  HS18   KD    VS
08/10/17  R2  A 6     020   G2  G2 CHN 03/13/18 FIELD SQ 04            DM
MED RELEASE HG  VS                     DM,DR
08/10/17  R2  UNASGN         G2  G2   03/08/18 FIELD (TEMP)           DSD
05/09/17  R2  A 6     020   G2  G2 DSV 02/27/18 UNASGN MEDICAL ISOLATION KD
          VS                           MEDICL ISOLATION
01/24/17  R2  C13-2  22 T G2  G2 UCC  02/24/18 FIELD (TEMP)           UCC
UCC VS                                 10/10/17 LANDSCAPE GARDENER     BM
01/24/17  HV  UNASGN        G2  TR    08/30/17 EVACUEE FROM R2         BT
01/23/17  HV  O-1    16 T G2  TR CK   08/02/17 FIELD SQ 04            CHN
01/23/17  E   UNASGN        G2  G2    MED RELEASE HG    VS
12/19/16  E   H-19-1  10   G2  G2 NC  06/08/17 FIELD SQ 04            DM
NC/ST PUSH MOVE                        DM.DR
12/28/15  E   C-8-2  21 T G2  G2 DR   06/07/17 FIELD (TEMP)           MS
DR/ABL CELLIE CONFLICT                 03/06/17 KITCHEN HELPER 1ST     MS
12/28/15  E   UNASGN        G2  G2    MS    DR
12/01/15  E   C-8-2  18 T G2  G2 EN   01/27/17 KITCHEN HELPER 2ND     SM
EN/JM                                  MS    VS
12/01/15  E   UNASGN        G2  G2    01/24/17 KITCHEN (TEMP) 72 HR    UCC
03/27/15  E   H-20-2  C8   G2  G2 UCC KITCHEN TEMP     VS
UCC/CL/JM                              01/23/17 TRANSIENT ENROUTE (OVERN CK
03/27/15  DU  UNASGN        G2  TR    11/17/16 AUTO AC MECHANIC B/R    JS
03/23/15  DU  A2     17 T G2  TR AND  JS/TR
03/23/15  NE  UNASGN        G2  G2    11/04/16 BUS REPAIR (TEMP) 72 HR  UCC
02/10/15  NE  E4     037 B G2  G2 PAM UCC/RJ/ST
MP                                     04/11/16 WSS HVAC TECH VOC       NC
04/24/14  NE  C1     037 B G2  G2 MRB NC/SC
MP                                     12/28/15 FIELD SQUAD 15          JG
04/22/14  NE  C4     036 T G2  G2 UCC JG/ABL
MP                                     12/03/15 FIELD SQUAD 15          JG
04/02/14  NE  C4     036 T NR  G2 PAM JG/JM
MP                                     12/01/15 FIELD SQUAD 16          EN
                                       EN/JM
                                       11/23/15 BUS REPAIR (TEMP) 72 HR  UCC
                                       UCC/TMP/BD
                                       08/14/15 KITCHEN HELPER 3RD      TG
```

Lozano - 000046

```
CSTUCR15/UC15        TDC UNIT CLASSIFICATION REVIEW      PAGE   2 OF   2
INMTCICS/SD00003     HOUSING/JOB ASSIGNMENT HISTORY      CURRENT DATE: 06/05/19
2093/UC15  INMATE NAME: LOZANO,ERIC D                     AND TIME: 16:35:34
                                                        TDCNO: 01915276

HOUSING    |--HOUSING--| INM/HSG    JOB ASGN |---------JOB----------|
  DATE   UNIT |--ASGNMNT--| CUST AUTH   DATE   |------ASSIGNMENT------| AUTH
|----------HOUSING COMMENT----------| |------------JOB COMMENT-----------|
                                      TG/BD
                                      08/13/15 KITCHEN (TEMP) 1ST 72 HR CL
                                      CL/JM
                                      04/01/15 AUTO ELECTRICIAN B/R      JS
                                      JS/BD
                                      03/27/15 BUS REPAIR (TEMP) 72 HR  UCC
                                      UCC/CL/JM
                                      03/23/15 TRANSIENT PEND DIAG PROC AND
                                      02/10/15 FIELD SQUAD 08           PAM
                                      10/13/14 FIELD SQUAD 09            GM
                                      04/22/14 FIELD SQUAD 20           UCC
                                      04/02/14 UNASGN PROCESSING        PAM
```

Lozano - 000047

```
                                                              PAGE    1 OF    1
CSTUCR09/CSUC09  DISCIPLINARY RECORDS DATE: 06/05/19  SENTENCE  : 0015 00 00
INMTCICS/SD00003                         TIME: 16:35:34  FLAT  TIME: 0007 01 30
TDC NO: 01915276  NAME: LOZANO,ERIC D                   GOOD  TIME: 0005 11 29
RACE: B   SEX: M    STATUS: S3       CUSTODY:  G2        WORK  TIME: 0003 06 28
EA SCORE:    8.2   PRIMARY LANGUAGE: ENGLISH            BONUS TIME: 0000 00 00
IQ:   94  CF SCORE:       DDP CODE:     PRIOR DISC:     TOTAL TIME: 0016 08 24
                                               TOTAL TIME LOST: 00000  DAYS
  OFF     HEAR   REPORT         OFF           **********PENALTY(S)**********
  DATE    DATE   NUMBER         CODE DESCRIPTORS LVL   REP/SOL/CLASS/TIME/XD/CR/RP/CV

012018 012318 20180132054 24.0       2 MI G                        030
102517 110617 20180056226 42.0       3 MI G                        030
061217 062617 20170315569 24.0       2 MI G X
040717 041217 20170237049 24.0       2 MI G                        015
081816 082216 20160383806 18.1       2 MA G      S3-S4             045
020716 021216 20160166431 27.0 UP    2 MI G                        015 X
112114 112514 20150091571 37.0       2 MA G      S3-S4             030 X
083014 090414 20150002461 27.0 UP    2 MI G                        030
071514 071714 20140329603 16.0 NE NC 2 MI G                        015 X
062814 070114 20140313260 16.0 NE    2 MI G                        010
                           35.0       3 MI G
```

Lozano - 000048

```
CSIUCR07 /UC07          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          PAGE    1 OF    1
SD00003 / 2093          UNIT CLASSIFICATION REVIEW (UCR)              2019-06-05
                                                                     16:35:34

OFFENDER NAME: LOZANO,ERIC D                    TDCJ #: 01915276  SID #:05109992

NUMBER OF ACTIVE DETAINERS: 00  WARRANTS: 00   UNIT  R2

CODE    ADJ DATE    ADJUSTMENT RECORD DETAILS

EVAC    08-27-2017  R2 P1
BEARD   08-05-2015  APPROVED FOR RELIGIOUS BEARD ON 08/05/2015
DRUGS   04-11-2014  ADMITTED DRUG USER
VR      04-01-2014  CONTACT VISIT RESTRICTION - CHILDREN UNDER 17
CRP     02-09-2011  CRIPS                                    :CONFIRMED X
```

Lozano - 000049

## UNIT CLASSIFICATION COMMITTEE HISTORY FORM
### (Subsequent Hearings)

**OFFENDER NAME:** _Lozano, Eric_    **TDCJ #:** _1915276_

Last    First    Middle I

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 11-23-15 | E | 06 | G2 | G2 | 1 | | 1 JM 2 JM 3 |

Comments: _Class review — Promote to S3 — Bus Repair_
Override: _____
Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 8/23/16 | E | 11 | G2 | G2 | — | — | 1 JM 2 JM 3 J |

Comments: _Discp 2016038386(18.1)_
Override: _____
Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 11/4/16 | E | 26 | G2 | G2 | — | — | 1 N 2 3 JD 4 CB |

Comments: _HVAC Completion – Bus Gonna_
Override: _____
Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Comments: _____
Override: _____
Justification: _____

CL-65A (2/02)

**Lozano - 000050**

Attachment 1.02 A

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### UNIT CLASSIFICATION COMMITTEE HISTORY FORM

**OFFENDER NAME:** Lozano. Eric D.          **TDCJ #:** 1915276

Last          First          Middle I

**A.     Classification Review Codes**

| | |
|---|---|
| 01 | Assignment to Unit |
| 02 | Safekeeping Status Review |
| 05 | Other UCC/ASC/SMC Decisions |
| 06 | UCC Consideration for Promotion in Class/Custody |
| 09 | Death Row Review |
| 10 | Death Row Custody Change |
| | No Committee Action |
| 11 | Disciplinary Report |
| 14 | Semi-Annual Review for Special Populations |
| 17 | Classification Review |
| | No Committee Action |
| 20 | Initial Admin. Seg. Hearing |
| 21 | Admin. Seg. 30–day |
| 22 | Admin. Seg. 60–day Review |
| 25 | Other State Classification Committee |
| 26 | Major Program Review/Changes |
| 28 | Admin. Seg. Restriction |
| 29 | Admin. Seg. 180-day Review |
| 31 | 90-day Progress Report (State Jail) |
| 34 | Protection Status Review |
| 35 | Annual Review |
| 36 | Initial ITP Review |
| 38 | FI-R Review |
| 39 | Security Precaution Designator Review |
| 40 | Annual STG Review by SCC |
| 44 | Subsequent OPI Review |
| 46 | Subsequent ITP Review |
| 50 | Cell Assignment Status |

**B.     Standard Overrides**

| | |
|---|---|
| 30 | SCC Promotion to G1 - OT |

**C.     Custody Codes**

| | |
|---|---|
| OT | General Population Level I (Assigned to Trusty Camp) |
| G1 | General Population Level I |
| G2 | General Population Level II |
| G3 | General Population Level III |
| G4 | General Population Level IV |
| G5 | General Population Level V |
| P1 | Safekeeping Level I |
| P2 | Safekeeping Level II |
| P3 | Safekeeping Level III |
| P4 | Safekeeping Level IV |
| P5 | Safekeeping Level V |
| J1 | State Jail Level 1 |
| J2 | State Jail Level 2 |
| J4 | State Jail Level 4 |
| J5 | State Jail Level 5 |
| PJ | Safekeeping (State Jail) |
| SR | Special Management (State Jail) |
| 1A | Security Detention Level |
| 2A | Security Detention Level II |
| 3A | Security Detention Level III |
| 4A | Protective Custody Level I |
| 5A | Protective Custody Level II |
| 6A | Protective Custody Level III |
| MD | Inpatient Paraplegic |
| MH | Mental Health Status |
| II | Developmental Disabilities Program |
| D1 | Death Row Level I |
| D2 | Death Row Level II |
| D3 | Death Row Level III |
| DW | Death Row Work Capable |
| SA | Special Alternatives to Incarceration Program |
| IT | In-Prison Therapeutic Community |
| FT | Substance Abuse Felony Punishment Facility |
| PR | Pre-Release Therapeutic Community |
| CG | Grad Program Offender |
| DP | DWI Program |
| YO | Youthful Offender Program |
| BB | Mother and Baby Bonding Program |

| Date of Review | TDCJ Unit | Classification Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 1.24.17 | R2. | 01/46. | G2 | G2 | — | — | |

**Comments:** R2 ASAN (SCC Recm) Rec G2 custody

**Override:** Assign Kitchen Trusp

**Justification:** _____

**Is DNA testing required? (circle one):** (Yes)   No    **If already tested, what date?** 04.28.04.

SSP-113 (Revised 10/13)

**Lozano - 000051**

## UNIT CLASSIFICATION COMMITTEE HISTORY FORM
### (Subsequent Hearings)

OFFENDER NAME: __Lozano, Eric__     TDCJ #: __1915276__
　　　　　　　　　Last　　　First　　　Middle I

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 8·21·17 | R2 | OW | G2 | G2 | — | — | |

Comments: __Rev S3 Consideration   Promote + S3 class__

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Comments: _____

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Comments: _____

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Comments: _____

Override: _____

Justification: _____

☆CL-65A (2/02)

Lozano - 000052

06/05/2019 4:09 PM FAX 2815954019    Case 3:18-cv-00237    Document 25-4  TDCJ  Filed on 06/19/20 in TXSD    Page 11 of 21    Ø0010/0020

Attachment 1.02 A

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### UNIT CLASSIFICATION COMMITTEE HISTORY FORM

OFFENDER NAME: **Lozano, Eric**          TDCJ #: **915276**
         Last     First     Middle I

| Classification Review Codes | | Custody Codes | |
|---|---|---|---|
| 01 | Assignment to Unit | **General Population** | |
| 02 | Safekeeping Status Review | OT – Level I housed in Outside Trusty Camp | |
| 05 | Other UCC/ASC/SMC Decisions | G1 – Level I | G2 – Level II |
| 06 | UCC Consideration for Promotion in Class/Custody | G3 – Level III | G4 – Level IV   G5 – Level V |
| 07 | Admin Seg. 7-day Review | | |
| 09 | Death Row Review | **Safekeeping Population** | |
| 10 | Death Row Custody Change No Committee Action | P2 – Level II | P3 – Level III |
| 11 | Disciplinary Report | P4 – Level IV | P5 – Level V |
| 14 | Semi-Annual Review for Special Population | **Protective Safekeeping** | |
| 17 | Classification Review No Committee Action | P6 – Level VI | P7 – Level VII |
| 20 | Initial Admin. Seg. Hearing | **State Jail** | |
| 21 | Admin. Seg. 30–day Review | J1 – Level I | J2 – Level II   PJ – JC Safekeeping |
| 22 | Admin. Seg. 60–day Review | J4 – Level IV | J5 – Level V    SR – JC Ad Seg |
| 25 | Other State Classification Committee | | |
| 26 | Major Program Review/Changes | **Security Detention** | |
| 28 | Admin. Seg. Restriction | 1A – Level I | 2A – Level II   3A – Level III |
| 29 | Admin. Seg. 180-day Review | | |
| 31 | 90-day Progress Report (State Jail) | **Death Row** | |
| 34 | Protection Status Review | D1 – Level I | D2 – Level II |
| 35 | Annual Review | D3 – Level III | DW – Death Row Work Capable |
| 36 | Initial ITP Review | | |
| 38 | FI-R Review | AT | Admin. Seg. Transition Program |
| 39 | Security Precaution Designator Review | BB | Mother and Baby Bonding Program |
| 40 | Semi-Annual STG Review by SCC | CG | Grad Program Offender |
| 44 | Subsequent OPI Review | CP | Female Cognitive Pre-Release |
| 46 | Subsequent ITP Review | DP | DWI Program |
| 50 | Cell Assignment Status | FT | Substance Abuse Felony Punishment Facility |
| 56 | G3 custody review | II | Intellectually Impaired |
| 58 | Admin Seg Level Review | IP | ISF Probation |
| 60 | Initial Protective Safekeeping Hearing | IS | ISF Parole |
| 61 | 30-day Protective Safekeeping Review | IT | In-Prison Therapeutic Community |
| 62 | 60-day Protective Safekeeping Review | MD | Inpatient Paraplegic |
| 65 | Other/P6 Review | MH | Mental Health Status |
| 67 | 7-day Protective Safekeeping Hearing | PR | Pre-Release Therapeutic Community |
| 69 | 180-day Protective Safekeeping Review | PS | Pre Release Substance Abuse Program |
| | | RP | Corrective Intervention Pre-Release Program |
| | | SD | Admin. Seg. Diversion Program |
| | | VI | Serious Violent Offender Re-entry Initiative |
| | | YO | Youthful Offender Program |

| Date of Review | TDCJ Unit | Classification Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 9/25/17 | BA | 01/46 | G2 | G2 | Ø | — | DN 2 ⍺ 3 me |

Comments: landscape

Override: _____

Justification: _____

Has DNA testing been completed? (circle one): (Yes) No    If yes, what date? 4/28/04

Has Incoming Offender Heat, Cold, Safe Prisons/PREA & Suicide Prevention Flyer been provided to the offender? (Yes) No

SSP-113 (Revised 04/17)

Lozano - 000053

Attachment 1.02 A

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## UNIT CLASSIFICATION COMMITTEE HISTORY FORM

OFFENDER NAME: _Lozano, Eric_     TDCJ #: _1915276_

Last          First          Middle I

**Classification Review Codes**

| | |
|---|---|
| 01 | Assignment to Unit |
| 02 | Safekeeping Status Review |
| 05 | Other UCC/ASC/SMC Decisions |
| 06 | UCC Consideration for Promotion in Class/Custody |
| 07 | Admin Seg. 7-day Review |
| 09 | Death Row Review |
| 10 | Death Row Custody Change No Committee Action |
| 11 | Disciplinary Report |
| 14 | Semi-Annual Review for Special Population |
| 17 | Classification Review No Committee Action |
| 20 | Initial Admin. Seg. Hearing |
| 21 | Admin. Seg. 30–day Review |
| 22 | Admin. Seg. 60–day Review |
| 25 | Other State Classification Committee |
| 26 | Major Program Review/Changes |
| 28 | Admin. Seg. Restriction |
| 29 | Admin. Seg. 180-day Review |
| 31 | 90-day Progress Report (State Jail) |
| 34 | Protection Status Review |
| 35 | Annual Review |
| 36 | Initial ITP Review |
| 38 | FI-R Review |
| 39 | Security Precaution Designator Review |
| 40 | Semi-Annual STG Review by SCC |
| 44 | Subsequent OPI Review |
| 46 | Subsequent ITP Review |
| 50 | Cell Assignment Status |
| 56 | G3 custody review |
| 58 | Admin Seg Level Review |
| 60 | Initial Protective Safekeeping Hearing |
| 61 | 30-day Protective Safekeeping Review |
| 62 | 60-day Protective Safekeeping Review |
| 65 | Other/P6 Review |
| 67 | 7-day Protective Safekeeping Hearing |
| 69 | 180-day Protective Safekeeping Review |

**Custody Codes**

**General Population**
OT – Level I housed in Outside Trusty Camp
G1 – Level I    G2 – Level II
G3 – Level III    G4 – Level IV    G5 – Level V

**Safekeeping Population**
P2 – Level II    P3 – Level III
P4 – Level IV    P5 – Level V

**Protective Safekeeping**
P6 – Level VI    P7 – Level VII

**State Jail**
J1 – Level I    J2 – Level II    PJ – JC Safekeeping
J4 – Level IV    J5 – Level V    SR – JC Ad Seg

**Security Detention**
1A – Level I    2A – Level II    3A – Level III

**Death Row**
D1 – Level I    D2 – Level II
D3 – Level III    DW – Death Row Work Capable

| | |
|---|---|
| AT | Admin. Seg. Transition Program |
| BB | Mother and Baby Bonding Program |
| CG | Grad Program Offender |
| CP | Female Cognitive Pre-Release |
| DP | DWI Program |
| FT | Substance Abuse Felony Punishment Facility |
| II | Intellectually Impaired |
| IP | ISF Probation |
| IS | ISF Parole |
| IT | In-Prison Therapeutic Community |
| MD | Inpatient Paraplegic |
| MH | Mental Health Status |
| PR | Pre-Release Therapeutic Community |
| PS | Pre Release Substance Abuse Program |
| RP | Corrective Intervention Pre-Release Program |
| SD | Admin. Seg. Diversion Program |
| VI | Serious Violent Offender Re-entry Initiative |
| YO | Youthful Offender Program |

| Date of Review | TDCJ Unit | Classification Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 02-24-18 | R2 | 01-44 | G2 | G2 | | | |

Comments: _R2 Prog (Require Work Service) Fien Tem. 2_

Override: _3_

Justification: _____

Has DNA testing been completed? (circle one): (Yes)  No    If yes, what date? _04-28-04_

Has Incoming Offender Heat, Cold, Safe Prisons/PREA & Suicide Prevention Flyer been provided to the offender? (Yes)  No

_Refer ITP_

Lozano - 000054

```
SV00002 /1IA4/HS16        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        07:30:55
                          HEALTH SUMMARY FOR CLASSIFICATION           01/24/2017
```

```
NAME: LOZANO,ERIC D                    DOB: ████████        P U L H E S
TDCJ#: 01915276  SID#: 05109992        WGT: 171 LBS         -----------
UNIT: R2          HOUSING:             HGT: 5'11"           |2|1|1|1|1|1|
JOB:                                                        |B|A|A|A|A|A|
                                                            |P| | | | | |
                                                            -----------
```

I. FACILITY ASSIGNMENT (CHECK ONE)
X A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?  X YES __ NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
X 1. NO RESTRICTION                     X 1. NO RESTRICTION
__ 2. SINGLE CELL ONLY                  __ 2. LOWER ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH
      LIKE MEDICAL CONDITION            __ 5. M EXT HRS
__ 4. CELL BLOCK ONLY                   __ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)             D. WHEELCHAIR USE (CHECK ONE)
X 1. NO RESTRICTION                     __ 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY                 __ 2. PHOP ORDERED
                                        __ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__ 1. MEDICALLY UNASSIGNED        __ 15.NO FOOD SERVICE
__ 2. PSYCHIATRICALLY UNASSIGNED  __ 16.NO REPETITIVE USE OF HANDS
__ 3. SEDENTARY WORK ONLY         __ 17.NO WALK WET/UNEVEN SURFACES
__ 4. FOUR HOUR WORK RESTRICTION  __ 18.DO NOT ASSIGN TO MEDICAL
__ 6. EXCUSE FROM SCHOOL          __ 19.NO WORK IN DIRECT SUNLIGHT
__ 7. LIMITED STANDING            __ 20.NO TEMPERATURE EXTREMES
__ 8. NO WALKING > ___ YARDS      __ 21.NO HUMIDITY EXTREMES
__ 9. NO LIFTING > ___ LBS.       __ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 10.NO BENDING AT WAIST         __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
__ 11.NO REPETITIVE SQUATTING     __ 24.NO WORK REQUIRING SAFETY BOOTS
__ 12.NO CLIMBING                 __ 25.NO WORK AROUND MACHINE WITH MOVING PART
__ 13.LIMITED SITTING             __ 26.NO WORK EXPOSURE TO LOUD NOISES
__ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X A. NO RESTRICTIONS
__ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
X A. NO RESTRICTION          __ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X A. NO RESTRICTION    __ C. WHEELCHAIR VAN __ E. VAN
__ B. EMS AMBULANCE    __ D. MULTI-PATIENT VEHICLE (MPV)

```
TERRY ADAMS      PA-C      04/08/2014                          K. Jolley, AW
PRINTED NAME AND TITLE OF REVIEWER   DATE    SIGNATURE OF REVIEWER   01-24-17
```

Lozano - 000055

SV00002 /1TA4/HS16          TEX DEPARTMENT OF CRIMINAL JUSTICE          13:28:10
                            HEALTH SUMMARY FOR CLASSIFICATION          08/04/2017

NAME: LOZANO,ERIC D                          DOB:                    P U L H E S
TDCJ#: 01915276  SID#: 05109992              WGT: 192 LBS            -----------
UNIT: R2        HOUSING: A 6-020             HGT: 5'11"              |2|1|1|1|1|2|
JOB: FIELD SQ 04                                                    |B|A|A|A|A|B|
                                                                    |P| | | | |R|
                                                                   -----------

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
___ B. SINGLE LEVEL FACILITY
    C. SUITABLE FOR TRUSTEE CAMP?   X YES ___NO


II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION                        X  1. NO RESTRICTION
___ 2. SINGLE CELL ONLY                      ___ 2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION                ___ 5. M EXT HRS
___ 4. CELL BLOCK ONLY                       ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)                D. WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION                        ___ 1. NO RESTRICTION  ___ 4. PERM MED
___ 2. GROUND FLOOR ONLY                     ___ 2. ABS ORDERED     ___ 5. TEMP MED
                                             ___ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___ 1. MEDICALLY UNASSIGNED          ___ 15.NO FOOD SERVICE
___ 2. PSYCHIATRICALLY UNASGN        ___ 16.NO REPETITIVE USE OF HANDS
___ 3. SEDENTARY WORK ONLY           ___ 17.NO WALK WET/UNEVEN SURFACES
___ 4. FOUR HR WORK SCHEDULE         ___ 18.DO NOT ASSIGN TO MEDICAL
___ 6. EXCUSE FROM SCHOOL            ___ 19.NO WORK IN DIRECT SUNLIGHT
___ 7. LIMITED STANDING              ___ 20.NO TEMPERATURE EXTREMES
___ 8. NO WALKING > ___ YARDS        ___ 21.NO HUMIDITY EXTREMES
___ 9. NO LIFTING > ___ LBS.         ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10.NO BENDING AT WAIST           ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING       ___ 24.NO WORK REQUIRING SAFETY BOOTS
___ 12.NO CLIMBING                   ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
___ 13.LIMITED SITTING               ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
___ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION          ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
    B. MEDICAL REPRESENTATIVE REQUIRED
                                                        Reviewed.
                                                        8-04-17-
VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION     ___ C. WHEELCHAIR VAN   ___ E. VAN      House + Job Okay.
___ B. EMS AMBULANCE      ___ D. MULTI-PATIENT VEHICLE(MPV)

UTMBFTP          UTMBFTP       08/04/2017
PRINTED NAME AND TITLE OF REVIEWER   DATE     SIGNATURE OF REVIEWER
                                                     W.Sedaik.

SAN3832 /9227/HS16

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

06:52:37
11/02/2017

NAME: LOZANO, ERIC D
TDCJ#: 01915276   SID#: 05109992
UNIT: BA        HOUSING: J-006T
JOB: LANDSCAPE GARDENER

DOB:
WGT: 186 LBS
HGT: 5'11"

P U L H E S
------------------
|2|1|1|1|1|1|2|
|B|A|A|A|A|A|B|
|P| | | | |T|
------------------

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
___ B. SINGLE LEVEL FACILITY
    C. SUITABLE FOR TRUSTEE CAMP?   X YES  __NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
X   1. NO RESTRICTION
___ 2. SINGLE CELL ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION
___ 4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION
___ 2. GROUND FLOOR ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION
___ 2. LOWER ONLY

___ 5. M EXT HRS
___ 6. EXTENDED HOURS INSULIN
D. WHEELCHAIR USE (CHECK ONE)
___ 1. NO RESTRICTION  ___ 4. PERM MED
___ 2. ADS ORDERED     ___ 5. TEMP MED
___ 3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___  1. MEDICALLY UNASSIGNED
___  2. PSYCHIATRICALLY UNASGN
___  3. SEDENTARY WORK ONLY
___  4. FOUR HR WORK RESTRICTION
___  6. EXCUSE FROM SCHOOL
___  7. LIMITED STANDING
___  8. NO WALKING )  ___ YARDS
___  9. NO LIFTING )  ___ LBS.
___ 10. NO BENDING AT WAIST
___ 11. NO REPETITIVE SQUATTING
___ 12. NO CLIMBING
___ 13. LIMITED SITTING
___ 14. NO REACHING OVER SHOULDER
___ 15. NO FOOD SERVICE
___ 16. NO REPETITIVE USE OF HANDS
___ 17. NO WALK WET/UNEVEN SURFACES
___ 18. DO NOT ASSIGN TO MEDICAL
___ 19. NO WORK IN DIRECT SUNLIGHT
___ 20. NO TEMPERATURE EXTREMES
___ 21. NO HUMIDITY EXTREMES
___ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 23. NO WORK WITH CHEMICALS OR IRRITANTS
___ 24. NO WORK REQUIRING SAFETY BOOTS
___ 25. NO WORK AROUND MACHINE WITH MOVING PART
___ 26. NO WORK EXPOSURE TO LOUD NOISES

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
___ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION           C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION  ___ C. WHEELCHAIR VAN  ___ E. VAN
___ B. EMS AMBULANCE   ___ D. MULTI-PATIENT VEHICLE (MPV)

UTMBFTP          UTMBFTP      10/18/2017
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

Lozano - 000057

DP00011 /1MZZ/HS16                TEXAS DEPARTMENT OF CRIMINAL JUSTICE        04:56:13
                                  HEALTH SUMMARY FOR CLASSIFICATION          01/23/2018

NAME: LOZANO, ERIC D                        DOB:                    P U L H E S
TDCJ#: 01915276   SID#: 05109992            WGT: 204 LBS             ---------------
UNIT: BA          HOUSING: J-006T           HGT: 5'11"              |2|1|1|1|1|1|2|
JOB: LANDSCAPE GARDENER                                            |8|A|A|A|A|8|3|
                                                                   |P| | | | |T|

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
___ B. SINGLE LEVEL FACILITY
    C. SUITABLE FOR TRUSTEE CAMP?   X YES ___NO


II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION                        X   1. NO RESTRICTION
___ 2. SINGLE CELL ONLY                      ___ 2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION                000 5. M EXT HRS
___ 4. CELL BLOCK ONLY                       ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)                D. WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION                        ___ 1. NO RESTRICTION  ___ 4. PERM MED
___ 2. GROUND FLOOR ONLY                     ___ 2. ADS ORDERED     ___ 5. TEMP MED
                                             ___ 3. UTILITY USE


III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___ 1. MEDICALLY UNASSIGNED          ___ 15. NO FOOD SERVICE
___ 2. PSYCHIATRICALLY UNASGN        ___ 16. NO REPETITIVE USE OF HANDS
___ 3. SEDENTARY WORK ONLY           ___ 17. NO WALK WET/UNEVEN SURFACES
___ 4. FOUR HR WORK RESTRICTION      ___ 18. DO NOT ASSIGN TO MEDICAL
___ 5. EXCUSE FROM SCHOOL            ___ 19. NO WORK IN DIRECT SUNLIGHT
___ 6. LIMITED STANDING              ___ 20. NO TEMPERATURE EXTREMES
___ 7. NO WALKING > ___ YARDS        ___ 21. NO HUMIDITY EXTREMES
___ 8. NO LIFTING > ___ LBS.         ___ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 9. NO LIFTING > ___ LBS.         ___ 23. NO WORK WITH CHEMICALS OR IRRITANTS
___ 10. NO BENDING AT WAIST          ___ 24. NO WORK REQUIRING SAFETY BOOTS
___ 11. NO REPETITIVE SQUATTING      ___ 25. NO WORK AROUND MACHINE WITH MOVING PART
___ 12. NO CLIMBING                  ___ 26. NO WORK EXPOSURE TO LOUD NOISES
___ 13. LIMITED SITTING
___ 14. NO REACHING OVER SHOULDER


IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
___ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION


V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION           ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED


VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION  ___ C. WHEELCHAIR VAN  ___ E. VAN
___ B. EMS AMBULANCE   ___ D. MULTI-PATIENT VEHICLE (MPV)

UTMBFTP          UTMBFTP    01/22/2018   _____
PRINTED NAME AND TITLE OF REVIEWER   DATE      SIGNATURE OF REVIEWER

Lozano - 000058

SV00002 /11A4/HS16          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          10:27:28
                            HEALTH SUMMARY FOR CLASSIFICATION           02/22/2018

NAME: LOZANO,ERIC D                        DOB:                    P O L H E S
TDCJ#: 01915276   STD#: 05109992           WGT: 201 LBS             -----------
UNIT: R2          HOUSING:                  HGT: 5'11"              |2|1|1|1|1|2|
JOB:     Field Squad Temp                                         |B|A|A|A|A|B|
                                                                  |P| | | | |T|
                                                                   -----------

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
    B. SINGLE LEVEL FACILITY
    C. SUITABLE FOR TRUSTEE CAMP?   X YES __NO


II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION                  X   1. NO RESTRICTION
    2. SINGLE CELL ONLY                    2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION          000 5. M EXT HRS
    4. CELL BLOCK ONLY                 ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)             D. WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION                  ___ 1. NO RESTRICTION   ___ 4. PERM MED
    2. GROUND FLOOR ONLY               ___ 2. ADS ORDERED      ___ 5. TEMP MED
                                       ___ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___  1. MEDICALLY UNASSIGNED       ___ 15.NO FOOD SERVICE
___  2. PSYCHIATRICALLY UNASGN     ___ 16.NO REPETITIVE USE OF HANDS
___  3. SEDENTARY WORK ONLY        ___ 17.NO WALK WET/UNEVEN SURFACES
___  4. FOUR HR WORK RESTRICTION   ___ 18.DO NOT ASSIGN TO MEDICAL
___  6. EXCUSE FROM SCHOOL         ___ 19.NO WORK IN DIRECT SUNLIGHT
     7. LIMITED STANDING           ___ 20.NO TEMPERATURE EXTREMES
___  8. NO WALKING > __ YARDS      ___ 21.NO HUMIDITY EXTREMES
___  9. NO LIFTING > ___ LBS.      ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10.NO BENDING AT WAIST         ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING     ___ 24.NO WORK REQUIRING SAFETY BOOTS
    12.NO CLIMBING                 ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
___ 13.LIMITED SITTING             ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
    B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION            ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION    ___ C. WHEELCHAIR VAN   __ E. VAN
 __ B. EMS AMBULANCE     ___ D. MULTI-PATIENT VEHICLE (MPV)

UTMBFTP              UTMBFTP       01/22/2018    _____    P. Cooper, SW
PRINTED NAME AND TITLE OF REVIEWER    DATE       SIGNATURE OF REVIEWER   2-28-18

R. Demeyer, Major
02-24-2018

Lozano - 000059

SV00002 /11A4/HS16    TEX... DEPARTMENT OF CRIMINAL JUSTICE      10:40:25
                      HEALTH SUMMARY FOR CLASSIFICATION        07/11/2018

NAME: LOZANO, ERIC D                 DOB: [REDACTED]        P U L H E S
TDCJ#: 01915276  SID#: 05109992      WGT: 206 LBS           ------------
UNIT: R2        HOUSING: A 6-005     HGT: 5'11"             |2|1|1|1|1|2|
JOB: FIELD SQ 04                                           |B|A|A|A|A|B|
                                                           |P| | | | |T|
                                                           ------------

T.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
___ B. SINGLE LEVEL FACILITY
    C. SUITABLE FOR TRUSTEE CAMP?   X YES ___NO


TT. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)            B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION               X   1. NO RESTRICTION
___ 2. SINGLE CELL ONLY             ___ 2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION           000 5. M EXT HRS
_   4. CELL BLOCK ONLY              ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)           D. WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION               ___ 1. NO RESTRICTION  ___ 4. PERM MED
    2. GROUND FLOOR ONLY            ___ 2. ADS ORDERED     ___ 5. TEMP MED
                                    ___ 3. UTILITY USE


III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    1. MEDICALLY UNASSIGNED         ___ 15.NO FOOD SERVICE
___ 2. PSYCHIATRICALLY UNASGN       ___ 16.NO REPETITIVE USE OF HANDS
___ 3. SEDENTARY WORK ONLY          ___ 17.NO WALK WET/UNEVEN SURFACES
    4. FOUR HR WORK RESTRICTION     ___ 18.DO NOT ASSIGN TO MEDICAL
__. 6. EXCUSE FROM SCHOOL           000 19.NO WORK IN DIRECT SUNLIGHT
    7. LIMITED STANDING             000 20.NO TEMPERATURE EXTREMES
___ 8. NO WALKING > ___ YARDS       .    21.NO HUMIDITY EXTREMES
___ 9. NO LIFTING > ___ LBS.        ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
    10.NO BENDING AT WAIST          ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING      ___ 24.NO WORK REQUIRING SAFETY BOOTS
_   12.NO CLIMBING                  ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
__. 13.LIMITED SITTING              ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
    B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION         ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION    ___ C. WHEELCHAIR VAN    ___ E. VAN
    B. EMS AMBULANCE     ___ D. MULTI-PATIENT VEHICLE (MPV)

UTMBFTP            UTMBFTP      07/10/2018
PRINTED NAME AND TITLE OF REVIEWER   DATE      SIGNATURE OF REVIEWER

_F/S Temp._

REVIEWED DATE 7-11-18
HOUSE ___ JOB Food service
VANNESSA SEFCIK, AAII

Lozano - 000060

SV00002 /11A4/HS16            TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09:45:10
                              HEALTH SUMMARY FOR CLASSIFICATION              09/28/2018

```
NAME: LOZANO,ERIC D                    DOB: ████          P U L H E S
TDCJ#: 01915276  SID#: 05109992        WGT: 213 LBS       ------------
UNIT: R2         HOUSING: A 6-005      HGT: 5'11"         |2|1|1|1|1|2|
JOB: KITCHEN HELPER 3RD                                  |B|A|A|A|A|B|
                                                         |P| | | | |T|
                                                          ------------
```

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
__  B. SINGLE LEVEL FACILITY              HEAT SENSITIVE: N
    C. SUITABLE FOR TRUSTEE CAMP?   X YES __NO   HEAT SCORE:          __

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)             B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION                  X  1. NO RESTRICTION
___ 2. SINGLE CELL ONLY               ___ 2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION         000 5. M EXT HRS
___ 4. CELL BLOCK ONLY                ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)            D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION                  ___ 1. NO RESTRICTION    ___ 4. PERM MED
___ 2. GROUND FLOOR ONLY              ___ 2. ADS ORDERED       ___ 5. TEMP MED
                                      ___ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
013 1. MEDICALLY UNASSIGNED           ___ 15.NO FOOD SERVICE
___ 2. PSYCHIATRICALLY UNASGN         ___ 16.NO REPETITIVE USE OF HANDS
___ 3. SEDENTARY WORK ONLY            ___ 17.NO WALK WET/UNEVEN SURFACES
___ 4. FOUR HR WORK RESTRICTION       ___ 18.DO NOT ASSIGN TO MEDICAL
___ 6. EXCUSE FROM SCHOOL             000 19.NO WORK IN DIRECT SUNLIGHT
___ 7. LIMITED STANDING               000 20.NO TEMPERATURE EXTREMES
___ 8. NO WALKING > ___ YARDS         ___ 21.NO HUMIDITY EXTREMES
___ 9. NO LIFTING > ___ LBS.          ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10.NO BENDING AT WAIST            ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING        ___ 24.NO WORK REQUIRING SAFETY BOOTS
___ 12.NO CLIMBING                    ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
___ 13.LIMITED SITTING                ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
___ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION        ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION   ___ C. WHEELCHAIR VAN   ___ E. VAN
___ B. EMS AMBULANCE    ___ D. MULTI-PATIENT VEHICLE(MPV)

```
UTMBFTP              UTMBFTP      09/27/2018  ___  N. Sefcik        AATI
PRINTED NAME AND TITLE OF REVIEWER  DATE         SIGNATURE OF REVIEWER
```

REVIEWED DATE  9.28.18.

HOUSE _____ JOB Chang  w/a Medical.

VANNESSA SEFCIK, AAII

Lozano - 000061

SV00002 /1TA4/HS16          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09:47:29
                            HEALTH SUMMARY FOR CLASSIFICATION             10/11/2018

NAME: LOZANO,ERIC D                         DOB:                  P U L H E S
TDCJ#: 01915276  SID#: 05109992             WCT: 209 LBS          ------------
UNIT: R2         HOUSING: A 6-005           HGT: 5'11"            |2|1|1|1|1|2|
JOB: UNASGN MEDICAL                                              |B|A|A|A|A|B|
                                                                |P| | | | |T|
                                                                 ------------

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A. NO RESTRICTION
__  B. SINGLE LEVEL FACILITY              HEAT SENSITIVE: N
    C. SUITABLE FOR TRUSTEE CAMP?  X YES __NO   HEAT SCORE:

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION                 X   1. NO RESTRICTION
___ 2. SINGLE CELL ONLY               __  2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION         000 5. M EXT HRS
___ 4. CELL BLOCK ONLY                _ _ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)             D. WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION                 ___ 1. NO RESTRICTION   __ 4. PERM MED
__  2. GROUND FLOOR ONLY              ___ 2. ADS ORDERED      ___ 5. TEMP MED
                                      ___ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___  1. MEDICALLY UNASSIGNED          ___ 15.NO FOOD SERVICE
___  2. PSYCHIATRICALLY UNASGN        ___ 16.NO REPETITIVE USE OF HANDS
___  3. SEDENTARY WORK ONLY           ___ 17.NO WALK WET/UNEVEN SURFACES
___  4. FOUR HR WORK RESTRICTION      __  18.DO NOT ASSIGN TO MEDICAL
__ _ 6. EXCUSE FROM SCHOOL            000 19.NO WORK IN DIRECT SUNLIGHT
___  7. LIMITED STANDING              000 20.NO TEMPERATURE EXTREMES
___  8. NO WALKING > ___ YARDS        _ _ 21.NO HUMIDITY EXTREMES
___  9. NO LIFTING > ___ LBS.         ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10.NO BENDING AT WAIST            ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING        __  24.NO WORK REQUIRING SAFETY BOOTS
___ 12.NO CLIMBING                    ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
__  13.LIMITED SITTING                ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A. NO RESTRICTIONS
__  B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A. NO RESTRICTION        ___ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__  B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION    ___ C. WHEELCHAIR VAN    __ E. VAN
___ B. EMS AMBULANCE     ___ D. MULTI-PATIENT VEHICLE(MPV)

UTMBFTP              UTMBFTP      10/11/2018  ___
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

                                        REVIEWED DATE 10-11-18
                                        HOUSE
                                        VANNESSA SEFCIK, AAII

Lozano - 000062

SD00003 /2093/HS16      TEXAS DEPARTMENT OF CRIMINAL JUSTICE      10:02:17
            HEALTH SUMMARY FOR CLASSIFICATION     02/05/2019

                                                   Annual Review

```
NAME: LOZANO,ERIC D                    DOB:                  P U L H E S
TDCJ#: 01915276  SID#: 05109992        WGT: 211 LBS          -----------
UNIT: R2         HOUSING: A 6-005B     HGT: 5'11"            |2|1|1|1|1|2|
JOB: JANITOR A6 3RD                                          |B|A|A|A|A|B|
                                                            |P| | | | |T|
                                                            -----------
```

I.  FACILITY ASSIGNMENT (CHECK ONE)
X   A.  NO RESTRICTION
___ B.  SINGLE LEVEL FACILITY             HEAT SENSITIVE: N
___ C.  SUITABLE FOR TRUSTEE CAMP?   X YES __ NO   HEAT SCORE:    ___

II. HOUSING ASSIGNMENT
A.  BASIC HOUSING (CHECK ONE)           B.  BUNK ASSIGNMENT (CHECK ONE)
X   1.  NO RESTRICTION                X   1.  NO RESTRICTION
_   2.  SINGLE CELL ONLY              ___ 2.  LOWER ONLY
___ 3.  SPECIAL HOUSING (HOUSING WITH
     LIKE MEDICAL CONDITION         000 5.  M EXT HRS
___ 4.  CELL BLOCK ONLY              ___ 6.  EXTENDED HOURS INSULIN
C.  ROW ASSIGNMENT (CHECK ONE)       D.  WHEELCHAIR USE (CHECK ONE)
X   1.  NO RESTRICTION               ___ 1.  NO RESTRICTION    ___ 4.  PERM MED
    2.  GROUND FLOOR ONLY            ___ 2.  ADS ORDERED      ___ 5.  TEMP MED
                                    ___ 3.  UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
_   1.  MEDICALLY UNASSIGNED       ___ 15.NO FOOD SERVICE
___ 2.  PSYCHIATRICALLY UNASGN     _ __ 16.NO REPETITIVE USE OF HANDS
___ 3.  SEDENTARY WORK ONLY         ___ 17.NO WALK WET/UNEVEN SURFACES
___ 4.  FOUR HR WORK RESTRICTION    ___ 18.DO NOT ASSIGN TO MEDICAL
___ 6.  EXCUSE FROM SCHOOL         000 19.NO WORK IN DIRECT SUNLIGHT
___ 7.  LIMITED STANDING           000 20.NO TEMPERATURE EXTREMES
___ 8.  NO WALKING > ___ YARDS      ___ 21.NO HUMIDITY EXTREMES
___ 9.  NO LIFTING > ___ LBS.       ___ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10.NO BENDING AT WAIST         ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
___ 11.NO REPETITIVE SQUATTING     ___ 24.NO WORK REQUIRING SAFETY BOOTS
_ _ 12.NO CLIMBING                 ___ 25.NO WORK AROUND MACHINE WITH MOVING PART
    13.LIMITED SITTING           ___ 26.NO WORK EXPOSURE TO LOUD NOISES
___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X   A.  NO RESTRICTIONS
___ B.  CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
    C.  CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY )
X   A.  NO RESTRICTION     ___ C.  MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B.  MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A.  NO RESTRICTION    ___ C.  WHEELCHAIR VAN     ___ E.  VAN
___ B.  EMS AMBULANCE     ___ D.  MULTI-PATIENT VEHICLE (MPV)

UTMBFTP            UTMBFTP     10/11/2018
PRINTED NAME AND TITLE OF REVIEWER     DATE         SIGNATURE OF REVIEWER

                                 REVIEWED DATE _____
                                  HOUSE _____ JOB _____
                                  DIANE SIFUENTES, CHIEF

Lozano - 000063