UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ERIC DEMOND LOZANO,** <br> **TDCJ #1915276** <br>      Plaintiff, <br> <br> v. <br> <br> **BRYAN COLLIER, ET AL.,** <br>      Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> CIVIL ACTION No. 3:18-CV-00237 |

**DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

# Exhibit E

DECLARATION OF KEVIN REDEO, MAJOR OF CORRECTIONS

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am the custodian of records for the A.M. "Mac" Stringfellow Unit, Major of Corrections CID, of the Texas Department of Criminal Justice ("TDCJ"). I have been requested to provide true and correct copies of the Lozano, Eric Demond v. Bryan Collier, et al. 3:18-CV-00237, from records kept by the TDCJ in the regular course of its business activity. OPI records for January 2016 to current, I have searched such records. There are no documents responsive to this request."

"My name is Kevin Redeo, and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Brazoria County, State of Texas, on the 17 day of May, 2020.

Kevin Redeo
Major of Corrections