UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ERIC DEMOND LOZANO,** §<br>**TDCJ #1915276** §<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>**BRYAN COLLIER, ET AL.,** §<br>　　Defendants. § | | CIVIL ACTION No. 3:18-CV-00237 |

# ORDER

On this day came to be considered Defendants Bryan Collier, Lorie Davis, and Lettie Watkins's Motion for Summary Judgment. After considering the motion and the pleadings of the parties filed herein, the Court is of the opinion that the following order should be issued:

It is hereby **ORDERED** that Defendants Collier, Davis, and Watkins's Motion for Summary Judgment is **GRANTED**.

All claims brought by Plaintiff Eric Demond Lozano against Defendants Collier, Davis, and Watkins are hereby **DISMISSED** with prejudice.

SIGNED on this _____ day of June, 2020.

_____
**PRESIDING JUDGE**