UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ERIC DEMOND LOZANO, TDCJ #01915276,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN COLLIER, *ET AL.*,<br><br>Defendants. | Civil Action No. 3:18-cv-00237 |

NOTICE OF APPEARANCE OF JAMES ROBERT SHEPPARD, III
AS ATTORNEY FOR PLAINTIFF ERIC DEMOND LOZANO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that R. Bruce Hurley, a member of the bar of this Court in good standing, hereby enters his appearance in this action as attorney-in-charge on behalf of Plaintiff Eric Demond Lozano. Please serve all notices, orders and/or other information in this case at the address below:

> R. Bruce Hurley
> State Bar No. 10311400
> S.D. Tex. Bar No. 12335
> KING & SPALDING LLP
> 1100 Louisiana, Suite 4100
> Houston, Texas 77002
> Telephone: 713.751.3200
> Fax: 713.751.3290
> bhurley@kslaw.com

1

Dated: June 10, 2024                                         Respectfully submitted,

*/s/ R. Bruce Hurley*
R. Bruce Hurley (*Attorney-in-Charge*)
State Bar No. 10311400
S.D. Tex. Bar No. 12335
James Robert Sheppard, III (*Of Counsel*)
State Bar No. 24107910
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone:  713.751.3200
Fax: 713.751.3290
bhurley@kslaw.com
rsheppard@kslaw.com

**ATTORNEYS FOR PLAINTIFF ERIC DEMOND LOZANO**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via email and by filing with the Clerk of Court using the CM/ECF system.

Houston, Texas, this 10th day of June, 2024.

/s/ *R. Bruce Hurley*
R. Bruce Hurley